UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD W. KISER,

      Plaintiff,

v.

      File no: 1:16-CV-882

      HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF No. 20) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the parties' stipulation for attorney fees under the Equal Access to Justice Act (ECF No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment will enter in favor of Plaintiff and against Defendant in the amount of $4,156.25.

**IT IS FURTHER ORDERED** that Plaintiff's unopposed motion for attorney fees (ECF No. 16) is **DISMISSED** as moot.

Date: July 12, 2018            /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE